**Order entered November 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01384-CV

### IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

Before the Court is appellant's November 18, 2014 amended motion to review the trial court's November 11, 2014 order sustaining the contests to her affidavit of indigence. We **ORDER** Gary Fitzsimmons to file by, **10:00 A.M. ON NOVEMBER 24, 2014,** a supplemental clerk's record containing: (1) appellant's affidavit of indigence; (2) Ryan Von Hoffgarden's contest to the affidavit; (3) Glenda Johnson Finkley's contest to the affidavit; and (4) the trial court's November 11, 2014 order sustaining the contests. *See* TEX. R. APP. P. 20.1(j)(3).

We **ORDER** Glenda Johnson Finkley, Official Court Reporter for the 256th Judicial District Court of Dallas County, Texas, to file by **10:00 A.M. ON NOVEMBER 24, 2014**, the reporter's record from the hearing held on the contests to appellant's affidavit of indigence. *See* TEX. R. APP. P. 20.1(j)(3).

/s/     ELIZABETH LANG-MIERS
         JUSTICE